IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:25-MJ-424 |
| ) | |
| KRISTINE MARIE RUSTIN, ) | |
| ) | |
| Defendant. ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E2507377)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 10, 2025, in the vicinity of Richmond Highway, on or around Fort Belvoir, Virginia, within the Special Maritime and Territorial Jurisdiction of the United States in the Eastern District of Virginia, KRISTINE MARIE RUSTIN, did intentionally prevent or attempted to prevent a law-enforcement officer from lawfully arresting her, with or without a warrant, when the officer had applied physical force to the defendant, or had communicated to the defendant that she is under arrest and the officer had the legal authority and the immediate physical ability to place the defendant under arrest, such that a reasonable person receiving the communication knew or should have known she was not free to leave.
(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code § 18.2-460(E), a misdemeanor.)

Count II (Class A Misdemeanor – E2507378)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 10, 2025, in the vicinity of Richmond Highway, on or around Fort Belvoir, Virginia, within the Special Maritime and Territorial Jurisdiction of the United States in the Eastern District of Virginia, KRISTINE MARIE RUSTIN, did drive or operate a motor vehicle while having a blood alcohol concentration of 0.08 percent or more by weight by volume or 0.08 grams or more per 210 liters of breath as indicated by a chemical test administered as provided; while under the influence of alcohol; or while under the influence of any narcotic drug or any other self-administered intoxicant or drug of whatsoever nature, or any combination of such drugs or while under the combined influence of alcohol and any drug or drugs to a degree which impaired her ability to drive or operate a motor vehicle safely.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code §§ 18.2-266, 18.2-270(A) 1950 as amended, a misdemeanor.)

Count III (Class A Misdemeanor – E2507380)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 10, 2025, in the vicinity of Richmond Highway, on or around Fort Belvoir, Virginia, within the Special Maritime and Territorial Jurisdiction of the United States in the Eastern District of Virginia, KRISTINE MARIE RUSTIN, did operate a motor vehicle on a highway within the Commonwealth in a reckless manner or at a speed or manner so as to endanger life, limb, or property of any person.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code §§ 46.2-852, 46.2-868, a misdemeanor.)

Count IV (Class A Misdemeanor – E2507382)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 10, 2025, in the vicinity of Richmond Highway, on or around Fort Belvoir, Virginia, within the Special Maritime and Territorial Jurisdiction of the United States in the Eastern District of Virginia, KRISTINE MARIE RUSTIN, did operate a motor vehicle on a highway within the Commonwealth in a reckless manner, failing to give adequate and timely signals of intention to turn, partly turn, slow down, or stop, as required by Virginia Code § 46.2-848.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code §§ 46.2-860, 46.2-868, a misdemeanor.)

Count V (Class A Misdemeanor – E2506579)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 10, 2025, in the vicinity of Richmond Highway, on or around Fort Belvoir, Virginia, within the Special Maritime and Territorial Jurisdiction of the United States in the Eastern District of Virginia, KRISTINE MARIE RUSTIN, did take, drive or use any animal, aircraft, vehicle, boat or vessel, not her own, without the consent of the owner thereof and in the absence of the owner, and with intent temporarily to deprive the owner thereof of his possession thereof, without intent to steal the same.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code §§ 18.2-102, a misdemeanor.)

Count VI (Class A Misdemeanor – E2507385)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 10, 2025, in the vicinity of Richmond Highway, on or around Fort Belvoir, Virginia, within the Special Maritime and Territorial Jurisdiction of the United States in the Eastern District of Virginia, KRISTINE MARIE RUSTIN, did possess "controlled paraphernalia" defined as a hypodermic syringe, needle, or other instrument or implement or combination thereof adapted for the administration of controlled dangerous substances by hypodermic injections under circumstances that reasonably indicate an intention to use such controlled paraphernalia for purposes of illegally administering any controlled drug or gelatin capsules, glassine envelopes, or any other container suitable for the packaging of individual quantities of controlled drugs in sufficient quantity to and under circumstances that reasonably indicate an intention to use any such item for the illegal manufacture, distribution, or dispensing of any such controlled drug.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code § 54.1-3466, a misdemeanor.)

Count VII (Class B Misdemeanor – E2507376)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 10, 2025, in the vicinity of Richmond Highway, on or around Fort Belvoir, Virginia, within the Special Maritime and Territorial Jurisdiction of the United States in the Eastern District of Virginia, KRISTINE MARIE RUSTIN, did, after having received a visible or audible signal from any law-enforcement officer to bring her motor vehicle to a stop, drive her motor vehicle in a willful and wanton disregard of such signal, or she attempted to escape or elude such law-enforcement officer whether on foot, in the vehicle, or by any other means.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code § 46.2-817, a misdemeanor.)

Count VIII (Class B Misdemeanor – E1862806)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 10, 2025, in the vicinity of Richmond Highway, on or around Fort Belvoir, Virginia, within the Special Maritime and Territorial Jurisdiction of the United States in the Eastern District of Virginia, KRISTINE MARIE RUSTIN, did operate a motor vehicle on a highway within the Commonwealth without having applied for or obtained a valid driver's license.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code § 46.2-300, a misdemeanor.)

Count IX (Infraction – E2507387)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 10, 2025, in the vicinity of Richmond Highway, on or around Fort Belvoir, Virginia, within the Special Maritime and Territorial Jurisdiction of the United States in the Eastern District of Virginia, KRISTINE MARIE RUSTIN, did consume an alcoholic beverage while driving a motor vehicle upon a public highway of the Commonwealth. (In violation of Title 18, United States Code, Section 13, assimilating Virginia Code § 18.2-323.1, a misdemeanor.)

Counts X–XIV (Infractions – E2289930, E2289931, E2289932, E2289933, & E2289934)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 10, 2025, in the vicinity of Richmond Highway, on or around Fort Belvoir, Virginia, within the Special Maritime and Territorial Jurisdiction of the United States in the Eastern District of Virginia, KRISTINE MARIE RUSTIN, did proceed through an intersection with a traffic control device indicating a steady red light without coming to a full and complete stop at the intersection, without waiting for two complete cycles of the traffic light, or for two minutes, whichever is shorter, without exercising due care provided by law, without treating the traffic control device as a stop sign, without determining it is safe to proceed, and without yielding right of way to the driver of any vehicle approaching on such other highway from either direction.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code § 46.2-833, a misdemeanor.)

Respectfully submitted,

Erik S. Siebert
United States Attorney

By: _____/s/_____
Christopher L. Galarza
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3938
Fax: 703-299-3980
Email: Christopher.galarza2@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on July 16, 2025, I filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Christopher L. Galarza
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3938
Fax: 703-299-3980
Email: Christopher.galarza2@usdoj.gov